| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:01CR00205-2 (SRU) |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* Q6-CR-384 (KSH) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE SHAUN EVANS 174 Stanley Place Hackensack, New Jersey 07061 | DISTRICT CONNECTICUT | DIVISION NEW HAVEN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Stefan R. Underhill | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/29/03 | TO 10/28/07 |

OFFENSE

Conspiracy to Possess With Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/28/06
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/17/06
_____
Effective Date

_____
United States District Judge